# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| CHRISTOPHER G. YANAKOS, SUSAN KAY YANAKOS AND WILLIAM RONALD YANAKOS, HER HUSBAND, | : | No. 330 WAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioners | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| UPMC, UNIVERSITY OF PITTSBURGH PHYSICIANS, AMADEO MARCOS, M.D. AND THOMAS SHAW-STIFFEL, M.D., | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of March, 2018, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

Does the MCARE Statute of Repose violate the Open Courts guarantees of the Pennsylvania Constitution, Article I, §11, where it arbitrarily and capriciously deprives some patients of any access to courts, but permits actions by similarly situated patients?